IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

KAREN Y. MARTIN,                      )
                                      )
          Plaintiff,                  )
                                      )
     v.                               )    1:05CV00343
                                      )
JO ANNE B. BARNHART,                  )
Commissioner of Social Security,      )
                                      )
          Defendant.                  )

**O R D E R**

On August 29, 2006, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. Plaintiff filed objections to the Recommendation within the time limit prescribed by Section 636.

The Court has reviewed plaintiff's objections de novo and finds they do not change the substance of the United States Magistrate Judge's rulings which are affirmed and adopted.

**IT IS THEREFORE ORDERED** that plaintiff's motion for summary judgment (docket no. 12) is denied, that defendant's motion to affirm the decision of the Commissioner (docket no. 16) is granted, and that this action be, and the same hereby is, dismissed.

_____
United States District Judge

November 16, 2006